IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

PAUL D.S. EDWARDS, )
) Case No. 2:20-cv-00570-JAD-EJY
        Plaintiff, )
) ORDER TEMPORARILY
vs. ) UNSEALING AUDIO RECORDING
)
JUAN MARTINEZ, INC., ET AL., )
)
        Defendants. )
)

    Robert McCoy, Esq. and Paul Edwards have requested transcripts of proceedings in this case. The following docket number is a proceeding that is either sealed or contain a sealed portion: Docket No. 113. The transcript is to be prepared by Amber McClane, Federal Official Court Reporter.

    **IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Amber McClane and providing a copy of the transcript to Robert McCoy, Esq. and Paul Edwards, as requested.

    **IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

    **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

    **DATED** this __10__ day of __Feb__, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

___ FILED    ___ RECEIVED
___ ENTERED    ___ SERVED ON
    COUNSEL/PARTIES OF RECORD

FEB 10 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY