IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PAUL D.S. EDWARDS, ) | |
| ) | Case No. 2:20-cv-00570-JAD-DJA |
| Plaintiff, ) | |
| ) | ORDER TEMPORARILY |
| vs.  ) | UNSEALING AUDIO RECORDING |
| ) | |
| JUAN MARTINEZ, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    Robert McCoy, Esq. and Paul Edwards have requested transcripts of proceedings in this case.  Of the transcripts requested, the following docket number is a proceeding that is either sealed or contains a sealed portion:  Docket No. 110. The transcript is to be prepared by Amber McClane, Federal Official Court Reporter.
    **IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Amber McClane and providing a copy of the transcript to Robert McCoy, Esq. and Paul Edwards, as requested.
    **IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.
    **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

    **DATED this 11th day of February, 2022.**

_____
ELAYNA J. YOUCHAH
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE