UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL D.S. EDWARDS,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN MARTINEZ, INC., d/b/a CENTURY 21 AMERICANA, f/d/b/a CENTURY 21 MARTINEZ & ASSOCIATES, and JUAN MARTINEZ, a/k/a JUAN A. MARTINEZ, JR., a/k/a JUAN ANTONIO MAYEN, and ELIZABETH MARTINEZ, a/k/a ELIZABETH A. MARTINEZ, and SERGIO BRANDON TAMEZ, a/k/a SERGIO TAMEZ, and DOES I-X, and ROE CORPORATIONS XI-XX, et al.,<br><br>Defendants, | Case No. 2:20-cv-00570-ART-DJA<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE REPLY TO CENTURY 21 DEFENDANTS' OPPOSITION TO MOTION TO RECUSE JUDGE TRAUM**<br><br>**(FIRST REQUEST)** |
| AND RELATED COUNTERCLAIMS | |

1  Plaintiff Paul D.S. Edwards and defendants Juan Martinez, Inc. d/b/a
2  Century 21 Americana, and Sergio Tamez (collectively "Century 21 defendants")
3  stipulate that the deadline for Mr. Edwards to reply to Century 21 defendants'
4  opposition to the motion to recuse Judge Traum (ECF No. 149) be extended from
5  May 12, 2023 until May 22, 2023.  This is the first extension sought in connection
6  with this deadline.

7  Mr. Edwards seeks this extension to accommodate conflicts with
8  recent medical treat.

|  | KAEMPFER CROWELL |
|---|---|
| /s/ Paul D.S. Edwards | *(signature)* |
| Paul D.S. Edwards | Robert McCoy, No. 9121 |
| 713 Wheat Ridge Lane, Unit 203 | Briana Martinez, No. 14919 |
| Las Vegas, Nevada 89145 | 1980 Festival Plaza Drive, Suite 650 |
|  | Las Vegas, Nevada 89135 |
| Plaintiff, *pro se* |  |
|  | Attorneys for Defendants and Counterclaimants Juan Martinez, Inc. d/b/a Century 21 Americana and Sergio Tamez |

**ORDER**

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

DATED: May 11, 2023.