# UNITED STATE DISTRICT COURT,

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL D.S. EDWARDS,<br><br>**Plaintiff,**<br><br>v.<br><br>JUAN MARTINEZ, INC.,<br>d/b/a CENTURY 21 AMERICANA,<br>f/d/b/a CENTURY 21 MARTINEZ & ASSOCIATES,<br>and SERGIO BRANDON TAMEZ,<br>a/k/a SERGIO TAMEZ,<br><br>**Defendants.**<br><br>and SERGIO BRANDON TAMEZ,<br>a/k/a SERGIO TAMEZ,<br><br>**Counterclaimants,**<br><br>v.<br><br>PAUL D.S. EDWARDS,<br><br>**Counterdefendant.** | CASE NO.:<br><br>2:20-cv-00570-ART-DJA<br><br>**ORDER GRANTING**<br><br>**JOINT STIPULATION TO VACATE AND RESCHEDULE JURY TRIAL**<br><br>**(FIRST)** |

**TO THE HONORABLE ANNE R. TRAUM, U.S. DISTRICT COURT JUDGE:**

Plaintiff PAUL D.S. EDWARDS, *prose*, and Defendants JUAN MARTINEZ, INC., d/b/a CENTURY 21 AMERICANA, f/d/b/a CENTURY 21 MARTINEZ & ASSOCIATES, and SERGIO BRANDON TAMEZ, a/k/a SERGIO TAMEZ, by and through their attorneys Robert McCoy and Briana Martinez, KAEMPFER CROWELL, presents this "Joint Stipulation and Order to Vacate and Reschedule Jury Trial" **("Stipulation")**, [now] scheduled for January 21, 2026.

1    The reason for this Stipulation, and proposed Order, is that, as set forth below, Plaintiff is
2 unable to complete, by the dates due, [significant] documents as required in the "Third Amended
3 Judge Anne R. Traum's Order Regarding Trial in Civil Cases."
4    Plaintiff requires further time to adequately prepare for trial.
5    A part of the cause for Plaintiff' drawback, to meet the Court's [trial preparation] deadlines,
6 is that Plaintiff has a health issue (Defendants' counsels were made aware of this issue earlier in this
7 litigation). Plaintiff believed he could comply with the Court's schedule to prepare for trial, but has
8 been unable to do so due to his health issue.
9    Even though Plaintiff will not discuss, or disclose to Defendants' counsels, the specifics of
10 his health issue, if required, under specific conditions, Plaintiff would discuss the issue with Anne
11 R. Traum, U.S. District Court Judge.
12 . . .
13 . . .
14 . . .

**THEREFORE, "IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the Plaintiff, *pro se*, and Robert McCoy and Briana Martinez, KAEMPFER CROWELL, attorneys of record for the Defendants and Counterclaimant, to the above entitled action, that the trial date set for January 21, 2026, be vacated, and the parties respectfully request that the Court issue new proposed trial dates.

DATED this 12th day of January 2026.

Respectfully submitted,

| PAUL D.S. EDWARDS | KAEMPFER CROWELL |
|---|---|
| /s/ Paul D.S. Edwards | /s/ Briana Martinez |
| Paul D.S. Edwards | Robert McCoy, No. 9121 |
| 713 Wheat Ridge Lane, Unit 203 | Briana Martinez, No. 14919 |
| Las Vegas, Nevada 89145 | Festival Plaza Drive, Suite 650 |
| Residence Phone No.: 702.341.1776 | Las Vegas, Nevada 89135 |
| Cellular Phone No.: 702.893.1776 | Telephone: 702.792.7000 |
| Email: pauldse@pauldsedwards.com | Facsimile: 702.796.7181 |
| Plaintiff, *pro se* | Email: rmccoy@kcnvlaw.com |
|  | Email: bmartinez@kcnvlaw.com |
|  | Attorneys for Defendants and Counterclaimants Juan Martinez, Inc. d/b/a Century 21 Americana, and Sergio Tamez |

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated: January 13, 2026