KAEMPFER CROWELL
Melissa Saragosa-Stratton, No. 7295
Briana Martinez, No. 14919
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: bmartinez@kcnvlaw.com

Attorneys for Defendants and
Counterclaimants Juan Martinez, Inc.
d/b/a Century 21 Americana and
Sergio Tamez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL D.S. EDWARDS,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN MARTINEZ, INC., d/b/a CENTURY 21 AMERICANA, f/d/b/a CENTURY 21 MARTINEZ & ASSOCIATES, and JUAN MARTINEZ, a/k/a JUAN A. MARTINEZ, JR., a/k/a JUAN ANTONIO MAYEN, and ELIZABETH MARTINEZ, a/k/a ELIZABETH A. MARTINEZ, and SERGIO BRANDON TAMEZ, a/k/a SERGIO TAMEZ, and DOES I-X, and ROE CORPORATIONS XI-XX, et al.,<br><br>Defendants,<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:20-cv-00570-ART-MDC<br><br>**STIPULATION AND ORDER TO WITHDRAW DEMAND FOR JURY TRIAL** |

KAEMPFER
CROWELL

10987.217

Defendants/Counterclaimants Juan Martinez, Inc. d/b/a Century 21 Americana ("C21") and Sergio Tamez (collectively "Defendants") and Plaintiff/Counterdefendant Paul D.S. Edwards ("Plaintiff") stipulate to allow Plaintiff to withdraw his demands for a jury trial[1] pursuant to FRCP 38(d) and 39(a)(2).

Plaintiff and Defendants further stipulate to proceed with the hearing scheduled for Tuesday, July 7, 2026.

KAEMPFER CROWELL

/s/ *Paul D.S. Edwards*

Paul D.S. Edwards
713 Wheat Ridge Lane, Unit 203
Las Vegas, Nevada 89145

Plaintiff/Counterdefendant, pro se

Melissa Saragosa-Stratton, No. 7295
Briana Martinez, No. 14919
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorneys for Defendants and Counterclaimants Juan Martinez, Inc. d/b/a Century 21 Americana and Sergio Tamez

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE DATED:   July 6, 2026

---

[1] See, ECF No. 1-2 at pp. 2, 49: ECF No 1-5 at pp. 139, 200; ECF No. 80.