KAEMPFER CROWELL
Melissa Saragosa-Stratton, No. 7295
Briana Martinez, No. 14919
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: msaragosa-stratton@kcnvlaw.com
Email: bmartinez@kcnvlaw.com

Attorneys for Defendants and
Counterclaimants Juan Martinez, Inc.
d/b/a Century 21 Americana and
Sergio Tamez

FILED ___   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 0 8 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL D.S. EDWARDS,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN MARTINEZ, INC., d/b/a CENTURY 21 AMERICANA, f/d/b/a CENTURY 21 MARTINEZ & ASSOCIATES, and JUAN MARTINEZ, a/k/a JUAN A. MARTINEZ, JR., a/k/a JUAN ANTONIO MAYEN, and ELIZABETH MARTINEZ, a/k/a ELIZABETH A. MARTINEZ, and SERGIO BRANDON TAMEZ, a/k/a SERGIO TAMEZ, and DOES I-X, and ROE CORPORATIONS XI-XX, et al.,<br><br>Defendants,<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:20-cv-00570-ART-MDC<br><br>**STIPULATION OF FACTS AND ORDER** |

Defendants/Counterclaimants Juan Martinez, Inc. d/b/a Century 21 Americana ("C21") and Sergio Tamez (collectively "Defendants") and Plaintiff/Counterdefendant Paul D.S. Edwards ("Plaintiff") stipulate to the following facts as having been proved:

1. Sergio Tamez was a licensed real estate agent on January 17, 2019.

2. Sergio. Tamez entered into an independent contractor agreement with Century 21 Americana on July 5, 2018 to work as a real estate agent.

3. Century 21 Americana is a Nevada real estate brokerage.

4. Paul D.S. Edwards maintains a landline telephone number of 702-341-1776.

5. Paul D.S. Edwards maintains a cellular telephone number of 702-893-1776.

6. Sergio Tamez maintains a cellular phone number of 702-541-1216.

7. The telephone number 702-341-1776 has been registered on the National Do-Not-Call Registry since June 28, 2003.

8. The telephone number 702-893-1776 has been registered on the National Do-Not-Call Registry since June 28, 2003.

9. Neither Sergio Tamez nor Century 21 Americana had prior written or express consent from Paul D.S. Edwards for any telephone calls.

10. Neither Sergio Tamez nor Century 21 Americana had an existing business relationship with Paul D.S. Edwards.

KAEMPER
CROWELL

10987.217

KAEMPFER CROWELL

/s/ *Paul D.S. Edwards*

Paul D.S. Edwards
713 Wheat Ridge Lane, Unit 203
Las Vegas, Nevada 89145

Plaintiff/Counterdefendant, pro se

Melissa Saragosa-Stratton, No. 7295
Briana Martinez, No. 14919
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorneys for Defendants and
Counterclaimants Juan Martinez, Inc.
d/b/a Century 21 Americana and
Sergio Tamez

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: July 8, 2026

10987.217